UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. HOLT,<br>　　　　　　Plaintiffs<br><br>　　v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION,<br>RAYTHEON NON-BARGAINING RETIREMENT<br>PLAN, RAYTHEON COMPANY PENSION PLAN<br>FOR SALARIED EMLOYEES f/k/a TI<br>EMPLOYEES PENSION PLAN,<br>　　KELLY P. LAPPIN, ADMINISTRATOR,<br>　　　　　　Defendants | Civil Action No. 1:20-cv-11244-FDS |

**CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Fed. R. Civ. P. 7.1, defendant Raytheon Technologies Corporation discloses that on April 3, 2020, Raytheon Company and United Technologies Corporation ("UTC") consummated a merger. As a result of the merger, UTC changed its name to Raytheon Technologies Corporation, and Raytheon Company became a wholly owned subsidiary of Raytheon Technologies Corporation. Raytheon Company is no longer a publicly held corporation.

　　Raytheon Technologies Corporation has no parent corporation and, as reported in filings with the U.S. Securities and Exchange Commission on behalf of Raytheon Company and UTC, respectively, no publicly held company owns 10% or more of its stock.

        Respectfully submitted,

        RAYTHEON TECHNOLOGIES CORPORATION,

        /s/ James F. Kavanaugh, Jr.
        /s/ Johanna L. Matloff

        _____

        James F. Kavanaugh, Jr. (BBO # 262360)
        Johanna L. Matloff (BBO #655178)
        Conn Kavanaugh Rosenthal Peisch & Ford, LLP
        One Federal Street, 15th Floor
        Boston, MA 02110
        617-482-8200
        jmatloff@connkavanaugh.com

Dated:  October 7, 2020

## **CERTIFICATION OF SERVICE**

     I, Johanna L. Matloff hereby certify that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 7, 2020.

        /s/ Johanna L. Matloff
        Johanna L. Matloff

2607898.1 06676.201